UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:12-CR-88 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| SPENCER T. EASTING ) | |

**O R D E R**

On August 7, 2013, Defendant moved for a psychiatric examination. United States Magistrate Judge Susan K. Lee granted Defendant's motion and ordered a mental health evaluation (Court File No. 54). The findings of the sealed forensic report show Defendant is currently competent to proceed with sentencing in this case (Court File No. 61). The Magistrate Judge reports Defendant has waived his right to a competency hearing (Court File No. 59).

Based upon this information, the Magistrate Judge submitted a Report and Recommendation ("R&R"), recommending this Court find Defendant competent to proceed with sentencing in this case (Court File No. 59). Neither party filed an objection. Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's R&R (Court File No. 59), pursuant to 28 U.S.C. § 636(b)(1), and **DETERMINES** Defendant is competent to proceed with sentencing in this case.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**